EDWARD MONTGOMERY, PETITIONER-RESPONDENT, v. ATLANTIC CITY ELECTRIC COMPANY, RESPONDENT-PETITIONER.

*Mr. Harry Miller* for the petitioner.

*Mr. Frank J. Testa* and *Mr. Arthur L. Joseph* for the respondent.

September 21, 1959.   Denied.

JANE C. STAPLES *ET AL.*, PLAINTIFFS-RESPONDENTS, v. MAUD STAPLES *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Schreiber, Lancaster & Demos* for the petitioner.

September 21, 1959.   Denied.